NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000858
05-AUG-2014
10:12 AM

NO. CAAP-14-0000858

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
TRENTON I. HICKEY, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR NO. 14-1-1094)

ORDER GRANTING THE JULY 7, 2014
MOTION FOR DISMISSAL OF APPEAL

(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of "Defendant-Appellant Trenton I. Hickey's [(**Appellant's**)] Motion for Dismissal of Appeal," filed on July 7, 2014, the papers in support and the record, and noting no opposition, it appears that Appellant seeks to dismiss the appeal.

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, August 5, 2014.

Chief Judge

Associate Judge

Associate Judge